David K. Callahan, P.C. (IL 6206671)
david.callahan@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Attorney for Defendant
Colgate-Palmolive Company

Daniel H. Fingerman
MOUNT & STOELKER, P.C.
333 West San Carlos Street,
Suite 1650
San Jose CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Counsel for Plaintiff
San Francisco Technology Inc.

**E-Filed 11/16/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Glad Products Company, et al.<br><br>　　　　Defendants. | CASE NO. 5:10-CV-00966-JF (PVT)<br>ORDER APPROVING<br>**JOINT STIPULATION TO SEVER DEFENDANT COLGATE-PALMOLIVE COMPANY** |

---

STIPULATION TO SEVER DEFENDANT
COLGATE-PALMOLIVE COMPANY

CASE NO. 5:10-CV-00966-JF (PVT)

1   WHEREAS, Plaintiff San Francisco Technology Inc. ("SF Tech") filed its Complaint (D.I. 1)
2   on March 5, 2010 (the "Complaint") alleging that numerous defendants have falsely marked articles
3   in violation of 35 U.S.C. § 292;

4   WHEREAS, Defendant Colgate-Palmolive Company ("Colgate") filed a Motion To Dismiss
5   For Failure To State A Claim on April 8, 2010 (D.I. 83) (the "Motion To Dismiss");

6   WHEREAS, on May 28, 2010, this Court entered a stipulation staying the hearing on
7   Colgate's Motion To Dismiss and all proceedings as to Colgate and certain other defendants until the
8   Federal Circuit entered a decision in *Stauffer v. Brooks Bros.*, Appeal Nos. 2009-1428, 2009-1430,
9   2009-1453 ("*Stauffer*") (D.I. 189) (the "Stipulated Stay");

10  WHEREAS, this Court's Order Re Pending Motions on July 19, 2010 (D.I. 315) ordered that
11  "this action is hereby severed as to each and every separate defendant" (at 21:16–18), but did not
12  instruct the Clerk to open a new case number as to Colgate (the "July Order");

13  WHEREAS, the Federal Circuit entered a decision in *Stauffer* on August 31, 2010, and,
14  accordingly on October 14, 2010, this Court issued an Order lifting "the stay of litigation imposed
15  by" the July Order, in, among others, Case No. 5:10-cv-00966 *San Francisco Technology Inc. v. The*
16  *Glad Products Co.* (D.I. 319) ("October Order");

17  THEREFORE, for the avoidance of doubt, the Parties, by and through their respective
18  counsel of record, hereby stipulate and agree as follows:

19  1.   The Complaint against Colgate will be formally severed into a separate action, and
20  will be assigned a new case number for the matter *San Francisco Technology Inc. v. Colgate-*
21  *Palmolive Company*.

22  2.   The October Order lifts the Stipulated Stay as to Colgate.

23  3.   Colgate's responsive pleadings are due no later than November 15, 2010.

IT IS SO ORDERED.

Dated: 11/16/2010        By: _____
                             HONORABLE JEREMY FOGEL
                             United States District Judge

JOINT STIPULATION TO SEVER DEFENDANT                    CASE NO. 5:10-CV-00966-JF (PVT)
COLGATE-PALMOLIVE COMPANY

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  October 26, 2010 | Respectfully submitted, |
| 3 | | /s/ Daniel H. Fingerman (with permission) |
| 4 | | Daniel H. Fingerman<br>MOUNT & STOELKER, P.C. |
| 5 | | 333 West San Carlos Street,<br>Suite 1650 |
| 6 | | San Jose CA 95110<br>Telephone: (408) 279-7000 |
| 7 | | Facsimile: (408) 998-1473 |
| 8 | | Counsel for Plaintiff<br>San Francisco Technology Inc. |
| 9 | | /s/ David K. Callahan |
| 10 | | David K. Callahan, P.C. (IL 6206671)<br>david.callahan@kirkland.com |
| 11 | | KIRKLAND & ELLIS LLP<br>300 North LaSalle Street |
| 12 | | Chicago, IL  60654<br>Telephone: (312) 862-2000 |
| 13 | | Facsimile: (312) 862-2200 |
| 14 | | Rachel Walsh (SBN 250568)<br>rachel.walsh@kirkland.com |
| 15 | | KIRKLAND & ELLIS LLP<br>555 California Street, Suite 2700 |
| 16 | | San Francisco, CA  94104<br>Telephone: (415) 439-1400 |
| 17 | | Facsimile: (415) 439-1500 |
| 18 | | Attorneys for Defendant<br>Colgate-Palmolive Company |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |